UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRUCE TODD BURKS

      Plaintiff,

v.                                                Case Number 10-10685-BC
                                                 Honorable Thomas L. Ludington
ALEX CAVE, BARBARA KELLY, CARL L.    Magistrate Judge Charles E. Binder
GROMEK,

      Defendants.
                                           /

## ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING IN PART AND DENYING AS MOOT IN PART PLAINTIFF'S MOTION TO DISMISS AND DEFENDANTS' MOTIONS TO DISMISS, AND DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE

This matter is before the Court on a report and recommendation issued by Magistrate Judge Charles E. Binder on May 11, 2010. Judge Binder recommends that the Court dismiss Plaintiff's complaint based on Defendants' quasi-judicial immunity to Plaintiff's claims. This issue was raised in Defendants' motions to dismiss, and Plaintiff conceded in his own motion to dismiss that Defendants were entitled to dismissal on that ground. As of today's date, no party has filed any objections to Judge Binder's report and recommendation. The decision to not object to the Judge Binder's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the report and recommendation [Dkt # 14] is **ADOPTED**.

It is further **ORDERED** that Defendants Cave and Kelly's motion to dismiss [Dkt. # 8], Defendant Gromek's motion to dismiss [Dkt. # 10], and Plaintiff's motion to dismiss [Dkt. # 12] are **GRANTED IN PART** and **DENIED AS MOOT IN PART**.

It is further **ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

                                                s/Thomas L. Ludington
                                                THOMAS L. LUDINGTON
                                                United States District Judge

Dated: June 9, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 9, 2010.

                              s/Tracy A. Jacobs
                              TRACY A. JACOBS